IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 6:13-cv-03382-SWH |
| | ) | |
| MERCY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF COUNSEL

Pursuant to the Court's Order of October 23, 2014, I, the undersigned, hereby certify the following information is the last known contact information Counsel has for the Plaintiff, Lisa Pratt.

| **Address:** | **Telephone:** | **Email:** |
|---|---|---|
| 171 Topaz | Home: (417) 443-6950 | lisalisausa@yahoo.com |
| Ozark, Missouri 65721 | Mobile: (417) 569-9388 | |

Respectfully Submitted,

/s/ Ron Cleek
Ron Cleek, Missouri Bar #35069
202 East Elm, Suite D
Ozark, Missouri 65721
Telephone: 417-485-3436
Facsimile: 417-485-3332

*Former Attorney for Plaintiff*