# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| LISA PRATT ) | |
|     Plaintiff ) | |
| ) | |
| VS. ) | Case No. 6:13-CV-03382-SWH |
| ) | |
| MERCY HOSPITAL ) | |
|     Defendant ) | |

## ENTRY OF APPEARANCE

COMES NOW Attorney Raymond Lampert and enters his appearance on behalf of Plaintiff Lisa Pratt in the above-captioned action.

By:/s/ Raymond Lampert
Raymond Lampert, #57567
2847 S. Ingram Mill Rd., Ste. A-100
Springfield, MO 65804
Phone: (417) 886-3330
Fax: (417) 886-8186
*Attorney for Plaintiff*