IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LISA PRATT ) | |
|     Plaintiff ) | |
| ) | |
| VS. ) | Case No. 6:13-CV-03382-SWH |
| ) | |
| MERCY HOSPITAL ) | |
|     Defendant ) | |

### DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by counsel, and hereby dismisses the above-captioned action without prejudice, with parties to bear their own costs.

By: /s/ Raymond Lampert
Raymond Lampert, #57567
2847 S. Ingram Mill Rd., Ste. A-100
Springfield, MO 65804
Phone: (417) 886-3330
Fax: (417) 886-8186
*Attorney for Plaintiff*