IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-03382-CV-S-SWH |
| | ) | |
| MERCY HOSPITAL SPRINGFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, Lisa Pratt, filed a Dismissal Without Prejudice, doc. # 22, asking that the case be dismissed without prejudice with each party to bear their own costs. Defense counsel has indicated via e-mail that defendant has no objection to this request. Therefore, it is

ORDERED that pursuant to Fed. R. Civ. P. 41(a)(2) this action is dismissed without prejudice, each party to bear their own costs.

/s/ *Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE